SOPHIE C. BROSEMER, Appellant, *v.* ALICE MONGIN, Defendant; JOHN TIERNAN et al., Respondents and Appellants, and OSWEGO CITY SAVINGS BANK, Respondent.

(Submitted November 18, 1929; decided November 26, 1929.)

*Avery S. Wright* and *John Tiernan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

LIZZIE COHEN, Respondent, *v.* 1165 FULTON AVENUE CORPORATION et al., Defendants, and CHARLES TISCH, INC., Appellant.

(Submitted November 18, 1929; decided November 26, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 24.)